UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PHILIP B. HAUSKEN,

                 Plaintiff,           Case No. C13-0894-RSM

   v.

VERN LA FRENIERE,                   ORDER DISMISSING ACTION

                 Defendant.

The Court, having reviewed plaintiff's amended complaint, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

    (1)    The Court adopts the Report and Recommendation;

    (2)    This matter is DISMISSED, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim upon which relief may be granted; and

    (3)    The Clerk is directed to send copies of this Order to plaintiff and to Judge Theiler.

DATED this 2nd day of October 2013.

                                     RICARDO S. MARTINEZ
                                     UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION
PAGE - 1